**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br> v. <br> EVERYTHING 123 & UP, et al., <br><br> Defendants. | Case No. 2:11-cv-10252-ODW(AJWx) <br><br> **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT [22]** |

## I. INTRODUCTION

Before the Court is Plaintiff United Fabrics International, Inc.'s March 26, 2012 Motion for Default Judgment against Defendant Everything 123 & Up ("Everything"). (Dkt. No. 22.) The Court deems this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. For the following reasons, the Court **GRANTS** Plaintiff's Motion.

The Clerk entered default against Everything on February 29, 2012, and Plaintiff correctly asserts that Default Judgment by the Court against Everything is now warranted. Having carefully considered Plaintiff's motion papers, pleadings, and supporting declarations in light of the seven factors enumerated in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), the Court finds sufficient evidence as to liability, damages, and attorney's fees. Accordingly, Plaintiff's Motion is

1  **GRANTED** as to liability and as to statutory damages for infringement in the amount
2  of $40,000.00 (comprising $20,000.00 for each of the two acts of infringement).  *See*
3  17 U.S.C. § 504(c).
4       As for Plaintiff's request for attorneys' fees, the Court finds that the requested
5  fees are based on reasonable rates and hours expended.  *See Van Gerwen v. Guarantee*
6  *Mut. Life Co.*, 214 F.3d 1041, 1045 (9th Cir. 2000).  The Court therefore **GRANTS**
7  Plaintiff's request for attorney's fees in the amount of $2,635.00
8       For the reasons discussed above, Plaintiffs' motion for default judgment is
9  **GRANTED** in its entirety.  Judgment will be entered against Defendant in a
10  subsequently filed Judgment in the amount of $42,635.00.

12  **IT IS SO ORDERED.**

14  April 24, 2012

16  _____
17      **HON. OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**